# First District Court of Appeal
## State of Florida

———————————————————

No. 1D2025-2584

———————————————————

RICARDO BAILEY,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

———————————————————

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.

July 7, 2026

PER CURIAM.

The Court denies the petition alleging ineffective assistance of appellate counsel on the merits.

BILBREY, M.K. THOMAS, and LONG, JJ., concur.

———————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————————

Ricardo Bailey, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.